UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| MARK DUNN,<br><br>  Plaintiff,<br><br>vs.<br><br>LYMAN SCHOOL DISTRICT 42-1,<br><br>  Defendant. | 3:13-CV-03004-RAL<br><br>JUDGMENT OF DISMISSAL |

On November 13, 2015, Plaintiff Mark Dunn filed an Unopposed Motion to Dismiss With Prejudice, Doc. 62. Based on the motion of the Plaintiff, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 16th day of November, 2015.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE